PER CURIAM.
Affirmed on the authority of Confederation Life Ass’n v. Ugalde, Fla.1964, 164 So.2d 1. See, also, the following: Sun Ins. Office, Ltd. v. Clay, Fla.1961, 133 So.2d 735; Pan-American Life Ins. Co. v. Recio, Fla.App.1963, 154 So.2d 197; Sun Life *474 Assur. Co. of Canada v. Klawans, Fla.1964, 165 So.2d 166 (opinion filed March 25, 1964); Banco Nacional de Cuba v. Sabbatino, 376 U.S. 398, 84 S.Ct. 923, 11 L.Ed.2d 804; Sun Ins. Office, Ltd. v. Clay, 5th Cir.1963, 319 F.2d 505.